RECEIVED
NOV 2 0 2007

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Nov. 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

JH

ROBERT E. TAYLOR
(Name of the plaintiff or plaintiffs)

v.

FRIEND FAMILY HEALTH CENTER, INC.
(Name of the defendant or defendants)

CIVIL ACTION

07CV 6558
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

## COMPLAINT OF EMPLOYMENT DISCRIMINATION

1. This is an action for employment discrimination.

2. The plaintiff is ROBERT E. TAYLOR of the county of COOK in the state of ILLINOIS.

3. The defendant is FRIEND FAMILY HEALTH CENTER, INC., whose street address is 500 E. 55th STREET

(city) CHICAGO (county) COOK (state) ILLINOIS (ZIP) 60615

(Defendant's telephone number) (773) - 702-0040

II The plaintiff sought employment or was employed by the defendant at (street address)

500 E. 55th STREET (city) CHICAGO

(county) COOK (state) IL (ZIP code) 60615

5. The plaintiff [check one box]
   (a) ☐ was denied employment by the defendant.
   (b) ☐ was hired and is still employed by the defendant.
   (c) ☒ was employed but is no longer employed by the defendant.

6. The defendant discriminated against the plaintiff on or about, or beginning on or about, (month) MARCH, (day) 3, (year) 2004.

7.1 *(Choose paragraph 7.1 or 7.2, do not complete both.)*

(a) The defendant is not a federal governmental agency, and the plaintiff [*check one box*] ☒ has not ☐ has filed a charge or charges against the defendant asserting the acts of discrimination indicated in this complaint with any of the following government agencies:

(i) ☒ the United States Equal Employment Opportunity Commission, on or about (month) SEPT. (day) 3 (year) 2004.

(ii) ☒ the Illinois Department of Human Rights, on or about (month) MARCH (day) 30 (year) 2004.

(b) If charges *were* filed with an agency indicated above, a copy of the charge is attached. ☒ YES. ☐ NO, **but plaintiff will file a copy of the charge within 14 days.**

It is the policy of both the Equal Employment Opportunity Commission and the Illinois Department of Human Rights to cross-file with the other agency all charges received. The plaintiff has no reason to believe that this policy was not followed in this case.

7.2 The defendant is a federal governmental agency, and
(a) the plaintiff previously filed a Complaint of Employment Discrimination with the defendant asserting the acts of discrimination indicated in this court complaint.

☐ Yes (month)_____ (day)_____ (year)_____

☐ No, did not file Complaint of Employment Discrimination

2. The plaintiff received a Final Agency Decision on (month)_____ (day)_____ (year)_____

c. Attached is a copy of the

a. Complaint of Employment Discrimination,
☐ YES ☐ NO, but a copy will be filed within 14 days.

(ii) Final Agency Decision
☐ YES ☐ NO, but a copy will be filed within 14 days.

8. *(Complete paragraph 8 only if defendant is not a federal governmental agency.)*

   (a) ☐ the United States Equal Employment Opportunity Commission has not issued a

   *Notice of Right to Sue.*

   (b) ☒ the United States Equal Employment Opportunity Commission has issued a

   *Notice of Right to Sue,* which was received by the plaintiff on (month) **AUGUST** (day) **23** (year) **2007** a copy of which *Notice* is attached to this complaint.

9. The defendant discriminated against the plaintiff because of the plaintiff's [*check only those that apply*]:

   (a) ☐ Age (Age Discrimination Employment Act).
   (b) ☐ Color (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (c) ☐ Disability (Americans with Disabilities Act or Rehabilitation Act)
   (d) ☐ National Origin (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (e) ☐ Race (Title VII of the Civil Rights Act of 1964 and 42 U.S.C. §1981).
   (f) ☐ Religion (Title VII of the Civil Rights Act of 1964)
   (g) ☒ Sex (Title VII of the Civil Rights Act of 1964)

10. If the defendant is a state, county, municipal (city, town or village) or other local governmental agency, plaintiff further alleges discrimination on the basis of race, color, or national origin (42 U.S.C. § 1983).

11. Jurisdiction over the statutory violation alleged is conferred as follows: for Title VII claims by 28 U.S.C.§1331, 28 U.S.C.§1343(a)(3), and 42 U.S.C.§2000e-5(f)(3); for 42 U.S.C.§1981 and §1983 by 42 U.S.C.§1988; for the A.D.E.A. by 42 U.S.C.§12117; for the Rehabilitation Act, 29 U.S.C. § 791.

12. The defendant [*check only those that apply*]

    (a) ☐ failed to hire the plaintiff.
    (b) ☒ terminated the plaintiff's employment.
    (c) ☐ failed to promote the plaintiff.

(d) ☐ failed to reasonably accommodate the plaintiff's religion.

(e) ☐ failed to reasonably accommodate the plaintiff's disabilities.

(f) ☒ failed to stop harassment;

(g) ☒ retaliated against the plaintiff because the plaintiff did something to assert rights protected by the laws identified in paragraphs 9 and 10 above;

(h) ☒ other (specify): NUMEROUS RETALIATION ACTIVIES, INCLUDING WITHHOLDING WAGES, BONUS PAYMENTS, EXPENSE REIMBURSEMENTS. LIBEL AND SLANDER STATEMENTS TO GENERAL PUBLIC AND POTENTIAL EMPLOYERS SEEKING REFERENCES AND CONFIRMATION of EMPLOYMENT CAUSING ECONOMIC HARDSHIPS.

13. The facts supporting the plaintiff's claim of discrimination are as follows: A FEMALE EMPLOYEE FILED SEXUAL HARASSMENT CHARGES AGAINST COMPANY'S BOARD CHAIRMAN. THE CHAIRMAN TOLD ME HE WOULD SEEK MY TERMINATION AS HIS ONLY DEFENSE AGAINST the CHARGES IF I DID NOT 'MAKE' the CHARGES DISAPPEAR.

14. [AGE DISCRIMINATION ONLY]. Defendant knowingly, intentionally, and willfully discriminated against the plaintiff. ☐ YES ☐ NO

15. The plaintiff demands that the case be tried by a jury. ☐ YES ☐ NO

16. THEREFORE, the plaintiff asks that the court grant the following relief to the plaintiff [check only those that apply]

(a) ☐ Direct the defendant to hire the plaintiff.

(b) ☒ Direct the defendant to re-employ the plaintiff.

(c) ☐ Direct the defendant to promote the plaintiff.

(d) ☐ Direct the defendant to reasonably accommodate the plaintiff's religion.

(e) ☐ Direct the defendant to reasonably accommodate the plaintiff's disabilities.

(f) [X]   Direct the defendant to (specify): PAY COMPENSATORY AND PUNITIVE DAMAGES, DISCONTINUE LIBEL AND SLANDER ACTIVITIES, INFORM THOSE WHOM THEY SPOKE TO OF TITLE VII VIOLATION

(g) [X]   If available, grant the plaintiff appropriate injunctive relief, lost wages, liquidated/double damages, front pay, compensatory damages, punitive damages, prejudgment interest, post-judgment interest, and costs, including reasonable attorney fees and expert witness fees.

(h) [X]   Grant such other relief as the Court may find appropriate.

(Plaintiff's signature) _Rt Tr_

(Plaintiff's name) Robert Taylor

(Plaintiff's street address) 8022 S. Sacramento Ave

(City) Chicago   (State) IL   (ZIP) 60652

(Plaintiff's telephone number) (773) - 925-1033

Date: 11-20-07

## LOCAL RULES 5.2 — 5.4

**LR5.2.**   **Form of Papers Filed**

(a)   PAPER AND FONT SIZE. Each document filed shall be flat and unfolded on opaque, unglazed, white paper approximately 8 ½ x 11 inches in size. It shall be plainly written, or typed, or printed, or prepared by means of a duplicating process, without erasures or interlineations which materially deface it. It shall be bound or secured on the top edge of the document. Where the document is typed, line spacing will be at least 1½ lines. Where it is typed or printed, (1)   the size of the type in the body of the text shall be 12 points and that in footnotes, no less than 11 points, and (2)   the margins, left-hand, right-hand, top, and bottom, shall each be 1 inch.

EEOC Form 161 (3/98)     **U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

## DISMISSAL AND NOTICE OF RIGHTS

To: Robert E. Taylor  
553 Picadilly Lane  
Bolingbrook, IL 60440

From: Chicago District Office  
500 West Madison St  
Suite 2800  
Chicago, IL 60661

**CERTIFIED MAIL 7099 3400 0018 8813 7024**

[ ]   *On behalf of person(s) aggrieved whose identity is CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 210-2004-07174 | Amy Burkholder, Investigator | (312) 353-8906 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

[ ] The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

[ ] Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

[ ] The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

[ ] Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[ ] Having been given 30 days in which to respond, you failed to provide information, failed to appear or be available for interviews/conferences, or otherwise failed to cooperate to the extent that it was not possible to resolve your charge.

[ ] While reasonable efforts were made to locate you, we were not able to do so.

[ ] You were given 30 days to accept a reasonable settlement offer that affords full relief for the harm you alleged.

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

[ ] The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

[ ] Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, and/or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS** of your receipt of this notice; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a state claim may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

_____John P. Rowe_____    8/23/07  
John P. Rowe,  
District Director      *(Date Mailed)*

Enclosures(s)

cc:   FRIEND FAMILY HEALTH CENTER

## Information on Where to File Suit

You have been notified of your right to file suit in Federal District Court. Suit is ordinarily filed in the District Court having jurisdiction of the county in which the employer, against whom you filed a charge of employment discrimination, is located. The telephone number listed for each District is that of the Clerk of the Court.

**U.S. District Court**
**Northern District of Illinois**
**Eastern Division at Chicago**
219 South Dearborn Street
Chicago, Illinois 60604
312/435-5670

Counties

| | |
|---|---|
| Cook | Kendall |
| DuPage | Lake |
| Grundy | LaSalle |
| Kane | Will |

**U.S. District Court**
**Northern District of Illinois**
**Western Division at Rockford**
211 South Court Street
Federal Building
Rockford, Illinois 61101
815/987-4355

Counties

| | |
|---|---|
| Boone | McHenry |
| Carroll | Ogle |
| DeKalb | Stephenson |
| JoDaviess | Whiteside |
| Lee | Winnebago |

**U.S. District Court**
**Southern District of Illinois**
750 Missouri Avenue
East St. Louis, Illinois 62201
618/482-9370

and

301 West Main Street
Benton, Illinois 62812
618/438-0671

Counties

| | |
|---|---|
| Alexander | Johnson |
| Bond | Lawrence |
| Calhoun | Madison |
| Clark | Marion |
| Clay | Massac |
| Clinton | Monroe |
| Crawford | Perry |
| Cumberland | Pope |
| Edwards | Pulaski |
| Effingham | Randolph |
| Fayette | Richland |
| Franklin | St. Clair |
| Gallatin | Saline |
| Hamilton | Union |
| Hardin | Wabash |
| Jackson | Washington |
| Jasper | Wayne |
| Jefferson | White |
| Jersey | Williamson |

**U.S. District Court**
**Central District of Illinois**
**Urbana Division**
201 South Vine
218 U.S. Courthouse
Urbana, Illinois 61801
217/373-5830

Counties

| | |
|---|---|
| Champaign | Kankakee |
| Coles | Macon |
| Douglas | Moultrie |
| Edgar | Piatt |
| Ford | Vermilion |
| Iroquois | |

**Peoria Division**

100 N.E. Monroe Street
135 Federal Building
Peoria, Illinois 61602
309/671-7117

Counties

| | |
|---|---|
| Bureau | McLean |
| Fulton | Peoria |
| Hancock | Putnam |
| Knox | Stark |
| Livingston | Tazewell |
| Marshall | Woodford |
| McDonough | |

**Rock Island Division**
211 - 19th Street
Rock Island, Illinois 61201
309/793-5778

Counties

| | | |
|---|---|---|
| Henderson | | Rock Island |
| Henry | Warren | |
| Mercer | | |

**Springfield Division**
600 East Monroe Street
Springfield, Illinois 62701
217/492-4020

Counties

| | | | |
|---|---|---|---|
| Adams | Logan | | Pike |
| Brown | Macoupin | Sangamon | |
| Cass | Mason | | Schuyler |
| Christian | Menard | Scott | |
| DeWitt | Montgomery | Shelby | |
| Greene | Morgan | | |

# FILING SUIT IN COURT OF COMPETENT JURISDICTION

**PRIVATE SUIT RIGHTS:**

This issuance of this Notice of Right to Sue ends EEOC's process with respect to your charge. You may file a lawsuit against the respondent named in your charge within 90 days from the date you receive this Notice. Therefore you should **keep a record of this date**. Once this 90-day period is over, your right to sue is lost. If you intend to consult an attorney, you should do so as soon as possible. Furthermore, in order to avoid any question that you did not act in a timely manner, if you intend to sue on your own behalf, your suit should be filed **well in advance of the expiration of the 90-day period**.

You may file your lawsuit in a court of competent jurisdiction. Filing this Notice is not sufficient. A court complaint must contain a short statement of the facts of your case which shows that you are entitled to relief. Generally, suits are brought in the state where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office.

You may contact EEOC if you have any questions about your rights, including advice on which court can hear your case, or if you need to inspect and copy information contained in the case file.

A lawsuit against a **private** employer is generally filed in the U.S. District Court.

A lawsuit under Title VII of the Civil Rights Act of 1964, as amended, against a **State agency or a political subdivision of the State** is also generally filed in the U.S. District Court.

However, a lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or, probably, the Equal Pay Act against a **State instrumentality** (an agency directly funded and controlled by the State) **can only be filed in a State court**.

A lawsuit under the Age Discrimination in Employment Act or the Americans with Disabilities Act or the Equal Pay Act against a **political subdivision of the State**, such as municipalities and counties, may be filed in the U.S. District Court.

For a list of U.S. District Courts, please see reverse side.

IF THE FIRST THREE CHARACTERS OF YOUR <u>EEOC CHARGE NUMBER</u> ARE "21B" <u>AND</u> YOUR CHARGE WAS INVESTIGATED BY THE ILLINOIS DEPARTMENT OF HUMAN RIGHTS (IDHR), REQUEST FOR REVIEWING AND COPYING DOCUMENTS FROM YOUR FILE <u>MUST</u> BE DIRECTED TO IDHR.

**ATTORNEY REPRESENTATION:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the court having jurisdiction in your case may assist you in obtaining a lawyer. If you plan to ask the court to help you obtain a lawyer, you must make this request of the court in the form and manner it requires. Your request to the court should be made well before the end of the 90-day period mentioned above. A request for representation does not relieve you of the obligation to file a lawsuit within this 90-day period.

**DESTRUCTION OF FILE:**

If you file suit, you or your attorney should forward a copy of your court complaint to this office. Your file will then be preserved. Unless you have notified us that you have filed suit, your charge file could be destroyed as early as six months after the date of the Notice of Right to Sue.

**IF YOU FILE SUIT, YOU OR YOUR ATTORNEY SHOULD NOTIFY THIS OFFICE WHEN THE LAWSUIT IS RESOLVED.**

1/2000



**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**
**Chicago District Office**

500 West Madison Street, Suite 2800
Chicago, IL 60661
(312) 353-2713
TTY (312) 353-2421
FAX (312) 353-4041

EEOC Charge Number 210-2004-07174

Robert Taylor                                             Charging Party
553 Picadilly Lane
Bolingbrook, Illinois 60440

vs.

Friend Family Health Center                               Respondent
800 East 55th Street
Chicago, Illinois 60615

## DETERMINATION

Under the authority vested in me by the Commission's Procedural Regulations, I issue the following determination on the merits of the subject charge filed under the Title VII of the Civil Rights Act of 1964, as amended, (Title VII).

Respondent is an employer within the meaning of the Title VII and all requirements for coverage have been met.

Charging Party alleges that he was retaliated against in that he was discharged after refusing to terminate an investigation of sexual harassment lodged against Respondent's Chairman of the Board, in violation of Title VII. Charging Party further alleges that other employees involved in the sexual harassment investigation have also been discharged, in violation of Title VII.

I have determined that the evidence obtained in the investigation establishes reasonable cause to believe that the Respondent retaliated against a class of employees, including Charging Party, by terminating their employment, in violation of the Title VII.

This determination is final. When the Commission finds that violations have occurred, it attempts to eliminate unlawful practices by informal methods of conciliation. Therefore, I invite the parties to join with the Commission in reaching a just resolution of this matter. Disclosure of information obtained during the conciliation process will be made only in accordance with the Commission's Procedural Regulations (29 CFR Part 1601).

EEOC Charge Number: 210-2004-07174
Page 2 of 2

If the Respondent wishes to accept this invitation to participate in conciliation efforts, they may do so at this time, by proposing terms for a conciliation agreement; that proposal should be provided to the Commission representative within 14 days of the date of this determination. The remedies for violations of the statutes we enforce are designed to make the identified victims whole and to provide corrective and preventive relief. These remedies may include, as appropriate, an agreement by the Respondent not to engage in unlawful employment practices, placement of victims in positions they would have held but for the discriminatory actions, back pay, restoration of lost benefits, injunctive relief, compensatory and/or punitive damages, and notice to employees of the violation and the resolution of the claim.

Should the Respondent have further questions regarding the conciliation process, or the conciliation terms it would like to propose, we encourage the Respondent to contact the assigned Commission representative. Should there be no response from the Respondent in 14 days, we may conclude that further conciliation efforts would be futile or nonproductive.

On Behalf of the Commission

9/5/06
Date

John P. Rowe
District Director

EEOC Form 5 (5/01)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br>210-2004-07174 |
|---|---|---|

Illinois Department Of Human Rights                                    and EEOC
_State or local Agency, if any_

| Name (Indicate Mr., Ms., Mrs.)<br>Mr. Robert E. Taylor | Home Phone No. (Incl Area Code)<br>(708) 747-4168 | Date of Birth |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| 624 Brookwood Drive, Olympia Fl, IL 60461 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name<br>FRIEND FAMILY HEALTH CENTER | No. Employees, Members<br>15 - 100 | Phone No. (Include Area Code)<br>(773) 702-0660 |
|---|---|---|
| Street Address: 800 E. 55th Street, Chicago, IL 60615 | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 12-23-2003    Latest: 03-04-2004
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. I was hired by the Respondent on May 15, 2002, as the Chief Executive Officer. During the period December 22, 2003 through December 30, 2003, a female employee reported to me that she was being sexually harassed by the Chairman of the Board for Respondent. I informed members of Respondent's board of the sexual harassment allegations and attempted to investigate those allegations. The Chairmman of the Board blocked my efforts to investigate the sexual harassment allegations against him. The Chairman of the Board also openly threatened me with discharge and used intimidation to get me to terminate the investigation. I refused to terminate the investigation and rebuffed the threats and intimidation tactics used against me by the Chairman of the Board. On March 4, 2004, I was discharged. Since I was discharged other employees involved in the sexual harassment allegation and investigation have been discharged as well.

II. I believe I have been retaliated against in violation of Title VII of the Civil Rights Act of 1964, as amended.

RECEIVED EEOC
SEP   2004
CHICAGO DISTRICT OFFICE

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Sep 03, 2004
Date                    Charging Party Signature

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(month, day, year)

DEPT. OF HUMAN RIGHTS
INTAKE UNIT

MAR 30 2004

RECEIVED

609.39

PLEASE PRINT LEGIBLY.   TODAY'S DATE: __3-9-04__   BY _____

1. Your Name: (Mr.)/Ms./Mrs.   __ROBERT E. TAYLOR__
   Address __624 BROOKWOOD__   Apt. # _____
   City __OLYMPIA FIELDS__   State __IL__   Zip __60461__
   Home Phone Number   (708) __747-4168__
   Day-Time Phone Number   (708) __747-4168__

2. The names of two persons who can contact you in the event this office is unable to locate you. Make sure their mailing addresses are different from your mailing address. Your charge could be dismissed if you do not provide this information and we are unable to locate you.

   A. Name: Mr./(Ms.)/Mrs.   __REGINA WHITE-TAYLOR__
      Address _____   Apt. # _____
      City __HOMEWOOD__   State __IL__   Zip _____
      Phone Number   (708) __217-5742__

   B. Name: (Mr.)/Ms./Mrs.   __JERRY TAYLOR__
      Address _____   Apt. # _____
      City __HAZEL CREST__   State __IL__   Zip _____
      Phone Number   (708) __335-4977__

3. Write out the full legal name of the Employer, Union, Employment Agency, etc., (i.e., the Respondent) that you believe discriminated against you in Illinois.
   Name in Full: __FRIEND FAMILY HEALTH CENTER, INC.__
   Illinois Address: __800 EAST 55TH STREET__
   City __CHICAGO__   State __IL__   Zip __60615__
   Phone Number   (773) __702-0040__   County __COOK__

4. If you were placed at Respondent by a temporary agency which paid your wages, provide the following information about this company:
   Name in Full: __N/A__
   Illinois Address: _____
   City _____   State _____   Zip _____
   Phone Number   ( ) _____   County _____

   **OFFICE USE ONLY**
   Control Number: __04W0330.11__   Date: _____   Investigator: _____
   CIS Complete   Y   N   #6 15 empl in IL exc sh & hand   Y   N
   #3 RP in IL   Y   N   #8 D/H ≤ 180   Y   N
   #3 RP not fed   Y   N   Checked by:

3

5. A. Type of Respondent that you believe discriminated against you in Illinois:

    __X__ Private Company      Government Agency (specify):

    ____ Employment Agency      ____ Federal

    ____ Educational Institution      ____ State
        ____ Public    ____ Private

                                        ____ County

    ____ Union      ____ City

B. What is the nature of the business of the Respondent?

    ____ Retail (specify) _____

    ____ Government (specify) _____

    ____ Manufacturing (specify) _____

    __X__ Health Care (specify) __OUTPATIENT__

    ____ Other (specify) _____

6. Does the Respondent have a total of 15 or more people working in the State of Illinois? (Consider all locations).
__X__ Yes      ____ No

(approximate total number in IL __60__)

Does the Respondent have a total of 15 or more people working in the United States?

__X__ Yes      ____ No

7. Does the Respondent named in question #3 now employ you?

____ Yes      __X__ No

If you have been employed by the Respondent named in question #3, provide the following information:

Job Title __CEO__      Date Hired __5-15-02__

Were you on probation? ____ Yes __X__ No

Present or last salary __$112,000__ Per __YEAR__
Department __ADMINISTRATION__ Supervisor __BOARD of DIRECTORS__

4

8. In the spaces below, please indicate each issue (harm) and basis (type of discrimination) which you would like the Department to investigate. Note: the bases (types of discrimination) which the Department can investigate are listed on the second page of this form. Some common issues (harms) are:

Failure to Hire
Layoff
Transfer
Other (specify)

~~Discharge~~ (circled)
~~Harassment~~ (circled)
~~Unequal Pay~~ (circled)
Job Eliminated
Failure to Accommodate
(handicap and religion only)

Demotion
Failure to Promote
Failure to Recall
Warning
Suspension

Please take your time and complete **all** the information requested for **each** issue and basis alleged, so that we can serve you better. Fill in a separate section for each issue and basis.

### ISSUE AND BASIS

8a. Issue (harm): **DISCHARGE**   Date: **3-4-04**

Basis (type of discrimination): **RETALIATION - SEXUAL HARASSMENT** (MEMO DATED 2-20-04)

Reason given for harm by Respondent: **"DID NOT DO SOME STUFF" — VERBAL**

Who gave you this information (name/job title)? **TOM JONES, VICE CHAIR** [HENRY BARLOW (CHAIR), LETICIA RAWSON (SECRETARY)]

Explain why you feel you were discriminated against because of the basis identified above. How were others in your situation treated? Include names and job titles.

1. CAROL SISSAC, SPECIAL ASST.
2. TIARA WILLIAMS, DATA CONTROL CLERK

CHAIRMAN STATED HE WOULD PUNISH ME WITH DISCHARGE!

### ISSUE AND BASIS

8b. Issue (harm): **HARASSMENT**   Date: **JAN '04 to 3-4-04**

Basis (type of discrimination): **THREATS - AS STATED IN EXEC COMMITTEE MINUTES DATED 1-14-04**

Reason given for harm by Respondent: **DID NOT INFORM AND STOP SEXUAL HARASSMENT CLAIM AGAINST CHAIRMAN.**

Who gave you this information (name/job title)?

Explain why you feel you were discriminated against because of the basis identified above. How were others in your situation treated? Include names and job titles.

EFFORTS WERE MADE OVER SEVERAL MONTHS TO INTIMIDATE WITH VERBAL AND THREATS OF PHYSICAL HARM, INCLUDING TERMINATION AND WITH A STAFF OF 1,100 EMPLOYEES WHO "WOULD DO EXACTLY WHAT I TELL THEM TO DO!"

Note: Use additional pages for any additional issues and bases.

5

9. If you wrote **sexual harassment** in your answer to number 8 above, indicate the <u>name</u> and <u>job title</u> of the harasser: HENRY BARLOW, CHAIRMAN of BOARD

Do you want the harasser charged separately as an additional Respondent?  X Yes  ___ No
If yes, give the address and phone number of that person:
TBD    3215 W. 83RD PLACE
       CHICAGO, IL 60652

10. If you wrote **physical or mental handicap** in your answer to number 8 above, state your medically diagnosable handicap(s):

Explain how the Respondent became aware of each handicap:

State whether you requested any form of accommodation:

What was the Respondent's response:

If you do not have a handicap, but you believe the Respondent acted because it perceives you as handicapped, explain:

11. If you wrote **national origin or citizenship status** in your answer to number 8 above, do you think the Federal Immigration Reform and Control Act of 1986 influenced your employer's actions? If so, explain:

12. If you wrote **retaliation** in your answer to number 8 above, state how you opposed unlawful discrimination (i.e., testified at a discrimination hearing, filed a prior discrimination claim, or complained about unlawful discrimination). Include dates, charge numbers, and/or the name or title of the person to whom you complained.
A FEMALE MEMBER OF MY STAFF INFORMED ME ON 12-23-03 of EVENTS THAT OCCURRED THAT DAY AND THE DAY BEFORE CONCERNING SEXUALLY ADVANCES by BOARD CHAIR "BARLOW" DUE TO MY HOSPITALIZATION

13. If there are witnesses that the Department should contact, who can support your claim of discrimination, state their names, addresses and phone numbers and the pertinent information each witness can provide.

Name: TIARA WILLIAMS
Address: TBD
Phone No. (  )
Information: EYEWITNESS TO EVENTS on 12-30-03

6

Name: _1. CAROL SISSAC_
Address: _2. PILAR M<sup>c</sup>KINNEY_
Phone No. ( ) _____
Information: _CAROL (VICTIM) PILAR (TOOK HARASSMENT STATEMENT)_
Name: _____
Address: _3. TOM JONES, ~~was~~ CHAIRMAN, BOARD PERSONNE_
Phone No. ( ) _4. NIGEL PELMAN, ATTORNEY_
Information: _TOM JONES, BOARD MEMBER ASSIGNED TO CASE; MR._
_PELMAN WAS COUNSEL RECOMMENDED TO BOARD TO INVESTIGATE CLAIM AGAINST CHAIRMAN._

14. Do you have any documents to support your claim of discrimination?
   _X_ Yes  ___ No

15. Have you tried to resolve your situation through a grievance procedure?
   _X_ Yes  ___ No   If yes, with whom? _BOARD of DIRECTORS_
   Briefly describe your actions and the results thus far:
   _WROTE LETTER WITH SIX ATTACHMENTS; SENT TO ALL BOARD MEMBERS, NEVER ACKNOWLEDGED._ ~~~~

16. Have you filed a previous charge against this employer with this Department?
   ___ Yes  _X_ No   If yes, when? _____
   Charge Number _____

17. Have you filed a charge regarding this situation with any other Agency?   ___ Yes  _X_ No
   EEOC:    ___ Yes  ___ No   If yes, when? _____
   OTHER:   Specify: _____
            ___ Yes  ___ No   If yes, when? _____

18. PERSONAL DATA:
   We need some information for statistical purposes. Please provide the following information:
   Date of Birth _12 / 30 / 57_   Sex _MALE_

   Circle the category in the list below of national origin or ancestry with which you most strongly identify:
   Greece = B          Liberia = R           (U.S.A. = U)
   Haiti = T           Mexico = M            Vietnam = V
   India = N           Middle East = L       Other African/Non-Arab = F
   Ireland = I         Pakistan = K          Other East Asia = W
   Italy = Y           Philippines = S       Other Eastern Europe = E
   Japan = J           Poland = O            Other Hispanic = H
   Korea = A           Puerto Rico = P       Other = Z*
   *Specify:

7

19. Please specify how you learned of our office. This information will be used to enable us to serve the public better:

_PUBLIC SERVICE ANNOUNCEMENTS_

I certify that this information is true and correct to the best of my knowledge.

I understand this information sheet is not a charge.

Signature: _[signature]_   Date: _3/9/04_

CIS-employment (1/02)

ATTACHMENTS:
1. EMPLOYMENT CONTRACT
2. LETTER DATED 3-8-04
3. LETTER DATED 2-20-04 (WITH SIX ATTACHMENTS.)
4. FRIEND CENTER HUMAN RESOURCE STATEMENT OF CLAIM MADE AGAINST CHAIRMAN.

8