APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Robert E. Taylor
(Please print)

STREET ADDRESS: 8022 S. Sacramento Ave.

CITY/STATE/ZIP: Chicago, IL 60652-2733

PHONE NUMBER: (773)-925-1033

CASE NUMBER: 07CV 6558
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

_____  11/20/07
Signature     Date

FILED
NOV 2 0 2007
Nov. 20, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT