UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Plaintiff(s)
ROBERT E. TAYLOR
8022 S. SACRAMENTO AVE
CHICAGO, IL 60652-2733

v.

Defendant(s)
FRIEND FAMILY HEALTH CENTER, INC
800 E. 55th STREET
CHICAGO, IL 60615

Case No. 07CV6558
JUDGE DARRAH
MAGISTRATE JUDGE DENLOW

FILED
NOV. 20, 2007
NOV 20 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Judge: _____

## MOTION FOR APPOINTMENT OF COUNSEL

[NOTE: Failure to complete all items in this form may result in the denial of the motion for appointment of counsel]

1. I, __ROBERT E. TAYLOR__, declare that I am the (check appropriate box)
   [X] plaintiff   [ ] defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding [NOTE: This item *must* be completed]:
   I HAVE CALLED LEGAL AGENCIES that ASSIST IN PROVIDING LEGAL REPRESENTATION to LOW INCOME AND UNEMPLOYED INDIVIDUALS, I HAVE CALLED PRIVATE LAW PRACTICES to SECURE LEGAL REPRESENTATION ON A PAYMENT PLAN. ALL EFFORTS FAILED.

3. In further support of my motion, I declare that (check appropriate box):
   [X] I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.
   [ ] I am currently, or previously have been, represented by an attorney appointed by the Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):
   [X] I have attached an original Application for Leave to Proceed *In Forma Pauperis* in the proceeding detailing my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding, and it is a true and correct representation of my financial status.
   [ ] I have previously filed an Application for Leave to Proceed *In Forma Pauperis* in this proceeding. However, my financial status has changed and I have attached an Amended Application to Proceed *In Forma Pauperis* to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

_____          8022 S. SACRAMENTO AVE
Movant's Signature              Street Address

11/20/07                        CHICAGO, IL 60652
Date                            City, State, ZIP

As indicated in paragraph three on the preceding page, I am currently, or previously have been, represented by an attorney appointed by this Court in the civil or criminal actions listed below.

Assigned Judge: _____ Case Number: _____

Case Title: _____ N/A _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____ Case Number: _____

Case Title: _____ N/A _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____ Case Number: _____

Case Title: _____ N/A _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐

Assigned Judge: _____ Case Number: _____

Case Title: _____ N/A _____

Appointed Attorney's Name: _____

If this case is still pending, please check box ☐