## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6558 | **DATE** | 11/30/07 |
| **CASE TITLE** | Taylor v. Friend Family Health Center, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's *in forma pauperis* application [3] is granted. Status hearing is set for 1/22/08 at 9:00 a.m. Plaintiff's motion for appointment of counsel [5] is entered and continued to 1/22/08 at 9:00 a.m.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|