IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT E. TAYLOR,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>FRIEND FAMILY HEALTH CENTER, INC.,<br><br>　　　　Defendant. | No.  07 CV 6558<br><br>Judge John W. Darrah<br><br>Magistrate Judge Morton Denlow |

**FRIEND FAMILY HEALTH CENTER, INC.'S**
**NOTIFICATION OF AFFILIATES DISCLOSURE STATEMENT**

1.　Is said party a subsidiary or affiliate of a publicly owned corporation?

　　YES _____　　　　　　NO ___X___

2.　Is there a publicly owned corporation that owns 10% or more of the party's stock?

　　YES _____　　　　　　NO ___X___

　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　By:　/s/Michael A. Wilder
　　　　　　　　　　　　　Michael A. Wilder (#6291053)

Paul E. Bateman (#6188371)
Michael A. Wilder (#6291053)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520

Dated: January 14, 2008

**CERTIFICATE OF SERVICE**

  I, **Michael A. Wilder**, an attorney, hereby certify that on January 14, 2008, a copy of the foregoing **Defendant's Notification of Affiliates Disclosure Statement** was filed via ECF (electronic court filing), and served on the individual below via U.S. Mail before 5 p.m. on **January 14, 2008**:

**Robert E. Taylor**
**8022 South Sacramento Avenue**
**Chicago, IL  60652**
**(773) 925-1033**

              /s/Michael A. Wilder
                **Michael A. Wilder**

Firmwide:84046166.1 038220.1008