# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6558 | **DATE** | 2/5/2008 |
| **CASE TITLE** | Robert E. Taylor vs. Friend Family Health Center, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for appointment of counsel [5] is granted. The Court appoints Elizabeth Coleman, Jenner and Block, 330 N. Wabash, Chicago, IL., 60611, (312) 222 - 9350, ecoleman@jenner.com, to represent the plaintiff. Status hearing set for 3/13/08 at 9:00 a.m.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | MF |
|---|---|---|