# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

Robert E. Taylor

                             Plaintiff,

v.　　　　　　　　　　　　　　　　　　　　Case No.: 1:07−cv−06558
　　　　　　　　　　　　　　　　　　　　　　Honorable John W. Darrah

Friend Family Health Center, Inc.

                             Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 13, 2008:

      MINUTE entry before Judge John W. Darrah :Status hearing held. Rule 26(a)(1) disclosures to be exchanged by 4/3/08. Plaintiff is granted leave to amend the complaint by 4/14/08. Status hearing set for 4/22/08 at 9:00 a.m. Mailed notice(maf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.