IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6558 |
| | ) | |
| FRIEND FAMILY HEALTH CENTER, INC., | ) | Honorable Judge John W. Darrah |
| a corporation, and | ) | |
| | ) | |
| REV. HENRY BARLOW, | ) | Magistrate Judge Denlow |
| an individual, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR LEAVE TO ADD AN ADDITIONAL PARTY TO
PLAINTIFF ROBERT E. TAYLOR'S FIRST AMENDED COMPLAINT**

Robert E. Taylor ("Taylor"), by and through his attorneys, Jenner & Block, LLP, hereby requests the entry of an order granting Taylor leave to add an additional defendant, Rev. Henry Barlow, to Plaintiff Robert Taylor's First Amended Complaint. In support of this motion, Taylor states as follows:

1. On November 20, 2007, acting *pro se*, Taylor filed the original Complaint in this case.

2. On February 5, 2008, this Court appointed undersigned counsel to represent Taylor.

3. On March 13, 2008, this Court granted Taylor leave to amend his original Complaint.

4. Taylor now seeks leave to include an additional defendant in Plaintiff Robert E. Taylor's First Amended Complaint (hereinafter "First Amended Complaint").

5. As included in the First Amended Complaint—which will be filed today, in compliance with this Court's order—Taylor seeks to include Rev. Henry Barlow as a defendant in the proceedings.

WHEREFORE, Plaintiff Robert E. Taylor respectfully requests that this Court enter an order granting Taylor leave to add an additional party to the First Amended Complaint.

Respectfully submitted,

ROBERT E. TAYLOR,

Dated: April 14, 2008

By:   s/ Elizabeth Coleman
         One of His Attorneys

Elizabeth Coleman (*IARDC # 6236597*)
Sara P. Leitenberger (*IARDC # 6293214*)
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, Illinois  60611
Telephone (312) 923-2659
Facsimile:  (312) 840-7659

## CERTIFICATION OF SERVICE

      I hereby certify that on Monday, April 14, 2008, I electronically filed the foregoing Motion for Leave to Add an Additional Party to Plaintiff Robert Taylor's First Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul E. Bateman
Michael A. Wilder
LITTLER & MENDELSON, P.C.
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601

 

          s/ Elizabeth Coleman
          Elizabeth Coleman
          IARDC # 6236597
          JENNER & BLOCK LLP
          330 N. Wabash Avenue
          Chicago, Illinois  60611
          Telephone (312) 923-2659
          Facsimile:  (312) 840-7659