IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6558 |
| | ) | |
| FRIEND FAMILY HEALTH CENTER, INC., a corporation, and | ) ) ) | Honorable Judge John W. Darrah |
| | ) | |
| REV. HENRY BARLOW, an individual, | ) ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, April 22, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah at the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his place and stead, and present Plaintiff's Motion for Leave to Add an Additional Party to Plaintiff Robert E. Taylor's First Amended Complaint, a copy of which is attached.

Respectfully Submitted,

By:  s/          Elizabeth Coleman_____
        One of His Attorneys

Elizabeth Coleman
Sara P. Leitenberger
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, Illinois  60611
Telephone (312) 923-2659
Facsimile:  (312) 840-7659