IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6558 |
| | ) | |
| FRIEND FAMILY HEALTH CENTER, INC., a corporation, and | ) ) ) | Honorable Judge John W. Darrah |
| | ) | |
| REV. HENRY BARLOW, an individual, | ) ) | Magistrate Judge Denlow |
| | ) | |
| Defendants. | ) | |

**NOTICE OF FILING OF AMENDED CERTIFICATION OF SERVICE**

Paul E. Bateman
Michael A. Wilder
LITTLER & MENDELSON, P.C.
200 N. LaSalle Street
Suite 2900
Chicago, IL 60601

    PLEASE TAKE NOTICE that on Thursday, April 17, 2007, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, the attached Amended Certification of Service in connection with Robert E. Taylor's First Amended Complaint, a true and correct copy of which is attached hereto and hereby served upon you.

                                                     Respectfully submitted,
                                                     ROBERT E. TAYLOR

                                   By:        s/ Elizabeth Coleman
                                               One of Its Attorneys

Elizabeth Coleman
IARDC # 6236597
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, Illinois 60611
Telephone (312) 923-2659
Facsimile: (312) 840-7659

## AMENDED CERTIFICATION OF SERVICE

      I hereby certify that on Monday, April 14, 2008, I electronically filed the foregoing Plaintiff Robert E. Taylor's First Amended Complaint with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul E. Bateman
Michael A. Wilder
LITTLER & MENDELSON, P.C.
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601

                                        s/ Elizabeth Coleman
                                        Elizabeth Coleman
                                        IARDC # 6236597
                                        JENNER & BLOCK LLP
                                        330 N. Wabash Avenue
                                        Chicago, Illinois  60611
                                        Telephone (312) 923-2659
                                        Facsimile:  (312) 840-7659