U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: No. 07 C 6558

Robert E. Taylor,
    Plaintiff
  v.
Friend Family Health Center, Inc. and
Rev. Henry Barlow,
    Defendants

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert E. Taylor

| | |
|---|---|
| **NAME (Type or print)**<br>Elizabeth Coleman | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically)<br>s/ Elizabeth Coleman | |
| **FIRM**<br>Jenner & Block, LLP | |
| **STREET ADDRESS**<br>330 N. Wabash Ave. | |
| **CITY/STATE/ZIP**<br>Chicago, IL 60657 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)**<br>6236597 | **TELEPHONE NUMBER**<br>(312) 923-2659 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |