## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: No. 07 C 6558 |

Robert E. Taylor,
       Plaintiff
   v.
Friend Family Health Center, Inc. and
Rev. Henry Barlow,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Robert E. Taylor

| |
|---|
| NAME (Type or print)<br>Sara P. Leitenberger |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>   s/ Sara P. Leitenberger |
| FIRM<br>Jenner & Block, LLP |
| STREET ADDRESS<br>330 N. Wabash Ave. |
| CITY/STATE/ZIP<br>Chicago, IL  60657 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6293214 | TELEPHONE  NUMBER<br>312/923-8319 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐