Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6558 | **DATE** | 4/28/2008 |
| **CASE TITLE** | Robert E. Taylor vs. Friend Family Health Center, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion for leave to add an additional party to plaintiff's first amended complaint is granted [16]. Response by 5/6/08. Discovery ordered closed on 1/7/09. Dispositive motions to be filed, noticed and presented in open Court for a briefing schedule on 1/28/09 at 9:00 a.m. Pretrial order to be filed on 4/27/09. Bench trial set for 5/11/09 at 9:00 a.m. Enter Revised Joint Scheduling Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | | Courtroom Deputy Initials: | MF |
|---|---|---|---|


