IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ROBERT E. TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>FRIEND FAMILY HEALTH CENTER, INC.,<br><br>    Defendant. | No. 07 CV 6558<br><br>Judge John W. Darrah<br><br>Magistrate Judge Morton Denlow |

### REVISED JOINT SCHEDULING ORDER

The parties, having held a scheduling conference on April 3, 2008, attended by Elizabeth A. Coleman and Sara P. Leitenberger for Plaintiff Robert Taylor (hereinafter "Plaintiff"), and Michael A. Wilder for Defendant Friend Family Health Center, Inc. (hereinafter "Defendant"), as required by Federal Rule of Civil Procedure 26(f), submit the following proposed scheduling order:

1. <u>Pre-Discovery Disclosures</u>. The parties have exchanged Rule 26(a)(1) initial disclosures.

2. <u>Discovery Plan</u>. The parties propose to the Court the following discovery plan:

Discovery will be needed on the following subjects: (1) Plaintiff's employment with Defendant; (2) Plaintiff's allegations that Defendant retaliated against him for conducting a sexual harassment investigation; and (3) Plaintiff's alleged damages.

Discovery shall be completed on **January 7, 2009**.

Each deposition will be limited to a maximum of seven (7) hours, unless extended by agreement of parties.

The filing of reports from retained experts under Rule 26(a)(23) is due:

from Plaintiff by: **September 10, 2008**;

from Defendant by: **October 8, 2008**.

Depositions of the experts shall be taken within thirty (30) days of designation. Unless otherwise stipulated, disclosure of experts will include a report fully in compliance with Rule 26(a)(2)(B).

Any evidentiary objections to another party's expert witness, whether directed to the witness's qualifications or to the foundation of the anticipated testimony, must be made within thirty (30) calendar days after the deposition of the expert. Counsel for Plaintiff and Defendant stipulate that a failure to file such objections is waiver of any objection to opinion testimony outlined in the statement filed by the witness's proponent.

Supplementations under Rule 26(e) are due at any time a party learns that in some material respect the disclosure or response is incomplete or incorrect.

3.   Other items.

Plaintiff amended his Complaint on **April 14, 2008**. Defendant has been granted leave to file an Amended Answer by **May 6, 2008**.

Dispositive motions will take place twenty-one (21) days after the close of discovery.

A briefing schedule will be set on **January 28, 2009**.

The case should be ready for bench trial by **May 11, 2009**; the trial is projected to last 2-3 days.

A joint pretrial order will be filed on **April 13, 2009**. Plaintiff's draft shall be served on Defendant by **March 5, 2009** and Defendant's draft shall be served on Plaintiff

by **March 25, 2009.**

Motions *in limine*, and responses thereto, shall be filed with the joint final pretrial order. (No reply briefs will be accepted on motions *in limine*). Additionally, statements of fact and proposed conclusions of law will also be filed with the join final pretrial order. Three copies of the pretrial order shall be delivered to chambers no less than one (2) weeks prior to the date of the pretrial conference, which will be set on **April 27, 2009.**

This order shall not be modified except by leave of court on motion for good cause shown.

Dated: 4-28-08

ENTER:

Judge John W. Darrah, U.S. District Judge

3