IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT E. TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>FRIEND FAMILY HEALTH CENTER, INC., a corporation, and<br><br>REV. HENRY BARLOW,<br>an individual,<br>　　　　　Defendants. | No.  07 CV 6558<br><br>Judge John W. Darrah<br><br>Magistrate Judge Morton Denlow |

### DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

Defendants, Friend Family Health Center, Inc. and Reverend Henry Barlow, by and through their attorneys, Littler Mendelson, P.C., hereby move the Court, pursuant to Federal Rule of Civil Procedure 12(b)(6), to dismiss Counts II and III of Plaintiff Robert E. Taylor's Amended Complaint (contained in Paragraphs 57 – 74 of his Amended Complaint).

The facts, arguments, and authority in support of this Motion are set forth in Defendants' Memorandum in Support of Their Motion to Dismiss, which will be filed contemporaneously and is incorporated herein by reference.

WHEREFORE, Defendants respectfully request that the Court grant its Motion to Dismiss Counts II and III  of Plaintiff's Amended Complaint with prejudice, and award to Defendants all such other relief as this Court deems necessary and appropriate.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　/s/ Michael A. Wilder
　　　　　　　　　　　　　　　　　　　Michael A. Wilder (#6291053)

Paul E. Bateman (#6188371)
Michael A. Wilder (#6291053)
LITTLER MENDELSON
A Professional Corporation
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601
312.372.5520

Dated: May 6, 2008

## CERTIFICATE OF SERVICE

      I, Michael A. Wilder, an attorney, certifies that he caused a copy of the foregoing **Defendants' Motion to Dismiss Counts II and III Pursuant to Rule 12(b)(6)** to be served upon the following attorneys of record electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing on **May 6, 2008**:

Elizabeth A. Coleman
Sara P. Leitenberger
Jenner & Block, L.L.P.
330 N. Wabash Avenue
Chicago, IL 60611-7603
(312) 923-2659
(312) 840-7659 (fax)

                                                /s/Michael A. Wilder
                                                  Michael A. Wilder

Firmwide:85110449.1 038220.1008