IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ROBERT E. TAYLOR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FRIEND FAMILY HEALTH CENTER, INC., a corporation, and<br><br>REV. HENRY BARLOW,<br>an individual,<br>　　　　　Defendants. | No.  07 CV 6558<br><br>Judge John W. Darrah<br><br>Magistrate Judge Morton Denlow |

## NOTICE OF DEFENDANTS' MOTION TO DISMISS PURSUANT TO RULE 12(b)(6)

PLEASE TAKE NOTICE THAT on **Tuesday, May 13, 2008, at 9 a.m.**, Defendants, Friend Family Health Center, Inc. and Reverend Henry Barlow, by and through their attorneys, Littler Mendelson, P.C., shall appear in front of Judge John W. Darrah of the United States District Court for the Northern District of Illinois, Eastern Division, in courtroom 1203, in the Everett McKinley Dirksen Building at 219 South Dearborn Street, Chicago, Illinois 60604, and present the attached Motion to Dismiss Pursuant to Rule 12(b)(6).  The Motion requests that Counts II and III of Plaintiff's Amended Complaint be dismissed pursuant to Federal Rule of Civil Procedure 12(b)(6).

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/ Michael A. Wilder
　　　　　　　　　　　　　　　　　　　　Michael A. Wilder (#6291053)

Paul E. Bateman (#6188371)
Michael A. Wilder (#6291053)
LITTLER MENDELSON, P.C.
200 N. LaSalle Street, Suite 2900
Chicago, IL  60601
312.372.5520

Dated: May 6, 2008

## CERTIFICATE OF SERVICE

    I, Michael A. Wilder, an attorney, certifies that he caused a copy of the foregoing **Defendants' Notice of Motion to Dismiss Counts II and III Pursuant to Rule 12(b)(6)** to be served upon the following attorneys of record electronically with the Clerk of the Court using the CM/ECF system, which sent notification of such filing on **May 6, 2008**:

Elizabeth A. Coleman
Sara P. Leitenberger
Jenner & Block, L.L.P.
330 N. Wabash Avenue
Chicago, IL 60611-7603
(312) 923-2659
(312) 840-7659 (fax)

                                                                                        /s/Michael A. Wilder
                                                                                       Michael A. Wilder

Firmwide:85109974.1 038220.1008