## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| ROBERT E. TAYLOR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 6558 |
| ) | |
| FRIEND FAMILY HEALTH CENTER, INC., ) | Honorable Judge John W. Darrah |
| a corporation, and ) | |
| ) | |
| REV. HENRY BARLOW, ) | Magistrate Judge Denlow |
| an individual, ) | |
| ) | |
| Defendants. ) | |

### MOTION TO WITHDRAW SARA P. LEITENBERGER
### AS ATTORNEY FOR PLAINTIFF ROBERT E. TAYLOR

Robert E. Taylor, by and through its attorneys, Jenner & Block, LLP, respectfully requests that the Court grant Sara P. Leitenberger leave to withdraw her appearance in this action. Ms. Leitenberger requests leave to withdraw because she is leaving the firm of Jenner & Block LLP. This motion to withdraw does not affect the continuing representation of other Jenner & Block attorneys admitted in this matter.

1667824

  WHEREFORE, Robert E. Taylor respectfully requests that Sara P. Leitenberger be granted leave to withdraw in the above-captioned matter.

                  Respectfully submitted,

                  ROBERT E. TAYLOR,

Dated:  June 20, 2008

                  By:   s/ Sara P. Leitenberger  
                     One of His Attorneys

Elizabeth Coleman (*IARDC # 6236597*)  
Sara P. Leitenberger (*IARDC # 6293214*)  
JENNER & BLOCK LLP  
330 N. Wabash Avenue  
Chicago, Illinois  60611  
Telephone (312) 923-2659  
Facsimile:  (312) 840-7659

1667824

## CERTIFICATION OF SERVICE

      I hereby certify that on Friday, June 20, 2008, I electronically filed the foregoing **Motion to Withdraw Sara P. Leitenberger as Attorney for the Plaintiff Robert E. Taylor** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul E. Bateman
Michael A. Wilder
LITTLER & MENDELSON, P.C.
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601

 

                                                    s/ Sara P. Leitenberger
                                                    Sara P. Leitenberger
                                                    IARDC # 6293214
                                                    JENNER & BLOCK LLP
                                                    330 N. Wabash Avenue
                                                    Chicago, Illinois  60611
                                                    Telephone (312) 923-8319
                                                    Facsimile:  (312) 923-8419