# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| ROBERT E. TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07 C 6558 |
| | ) | |
| FRIEND FAMILY HEALTH CENTER, INC., | ) | Honorable Judge John W. Darrah |
| a corporation, and | ) | |
| | ) | |
| REV. HENRY BARLOW, | ) | Magistrate Judge Denlow |
| an individual, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Thursday, June 26, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable John W. Darrah at the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois, or before any judge sitting in his place and stead, and present **Motion to Withdraw Sara P. Leitenberger as Attorney for the Plaintiff Robert E. Taylor**, a copy of which is attached.

Respectfully Submitted,

By: s/        Sara P. Leitenberger_____

One of His Attorneys

Elizabeth Coleman
Sara P. Leitenberger
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, Illinois  60611
Telephone (312) 923-2659
Facsimile:  (312) 840-7659

1667838

**CERTIFICATION OF SERVICE**

I hereby certify that on Friday, June 20, 2008, I electronically filed the foregoing **Notice of Motion** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Paul E. Bateman
Michael A. Wilder
LITTLER & MENDELSON, P.C.
200 N. LaSalle Street
Suite 2900
Chicago, IL  60601

<u>s/ Sara P. Leitenberger</u>
Sara P. Leitenberger
IARDC # 6293214
JENNER & BLOCK LLP
330 N. Wabash Avenue
Chicago, Illinois  60611
Telephone (312) 923-8319
Facsimile:  (312) 923-8419

3