# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6558 | **DATE** | 6/24/08 |
| **CASE TITLE** | Taylor v. Friend Family Health Center, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion to withdraw attorney Sara Leitenberger [35, 36] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|