# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6558 | **DATE** | 7/9/08 |
| **CASE TITLE** | Taylor v. Friend Family Health Center, Inc., et al. | | |

**DOCKET ENTRY TEXT:**

Status hearing set for 7/23/08 is stricken. The Court will rule by mail on Defendants' motion to dismiss [26].

Docketing to mail notices.

| | Courtroom Deputy Initials: | mf |
|---|---|---|

Order Form (01/2005)   Case 1:07-cv-06558   Document 38   Filed 07/09/2008   Page 1 of 1