## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: | **07 CV 6558** |
|---|---|---|

**Robert E. Taylor,**
      **Plaintiff,**
    **v.**
**Friend Family Health Center, Inc.,**
      **Defendant.**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

      **Plantiff, Robert E. Taylor**

| |
|---|
| NAME (Type or print)<br>    **Jodi K. Newman** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>  s/ **Jodi K. Newman** |
| FIRM<br>    **Jenner & Block, LLP** |
| STREET ADDRESS<br>    **330 N. Wabash Avenue** |
| CITY/STATE/ZIP<br>    **Chicago, IL  60611** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>    **6293467** | TELEPHONE NUMBER<br>    **(312) 923-8370** |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☒ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐