

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6558 | **DATE** | 8/12/2008 |
| **CASE TITLE** | Robert E. Taylor vs. Friend Family Health Center, Inc. | | |

**DOCKET ENTRY TEXT**

For the reasons stated in the attached memorandum opinion and order, defendants' motion to dismiss plaintiff's complaint for failure to state a claim under Federal Rule 12(b)(6) is denied [26]. Enter Memorandum Opinion and Order.

■ [ For further detail see separate order(s).]  Docketing to mail notices.



| | Courtroom Deputy Initials: | MF |
|---|---|---|